UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLA DEFILIPPO,              ) | |
|         Plaintiff,     ) | |
|   v.                              ) | CIVIL ACTION |
|                                 ) | NO. 12-11109-JGD |
| CBS CORPORATION, d/b/a  ) | |
| WBZ-TV,                          ) | |
|         Defendant.    ) | |

# **SCHEDULING ORDER**

Following the initial scheduling conference held today in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1, it is hereby ORDERED as follows:

1. The court adopts the following discovery deadlines proposed by the parties:

   a. By **September 1, 2012**, the parties shall complete their automatic disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2.

   b. Any motions pursuant to Fed. R. Civ. P. 12 shall be filed by **September 1, 2012**.

   c. The parties shall serve all fact discovery requests and complete fact witness depositions by **March 1, 2013**.

   d. The parties shall serve any expert witness reports, pursuant to Fed. R. Civ. P. 26(a)(2), by **April 1, 2013**.

   e. Any expert depositions shall be completed by **May 1, 2013**.

   f. The parties shall file any motions for summary judgment pursuant to Fed. R. Civ. P. 56 by **June 1, 2013**.

   g. Any concise statement of material facts that is filed pursuant to Local Rule 56.1 in opposition to a motion for summary judgment shall include numbered paragraphs admitting or denying, paragraph

        by paragraph, the facts contained in the moving party's concise statement of material facts.

2.    By **December 1, 2012**, the parties shall file a joint report with the court stating whether they agree to mediation pursuant to the court's alternative dispute resolution program. The parties shall indicate whether an agreement has been reached, but shall not indicate their respective positions. If the parties do agree that mediation is appropriate, they shall indicate approximately when they would like the mediation to take place.

3.    The next status conference shall take place on **February 25, 2013 at 10:00 a.m.** in Courtroom #15 on the 5th floor. At that time, the parties shall be prepared to discuss:

    (i)    the status of the case; and
    (ii)    scheduling for the remainder of the case through trial.

4.    The parties shall submit a brief joint statement not later than five (5) business days before the conference addressing the issues itemized in paragraph 3 above.

                        / s / Judith Gail Dein
                        Judith Gail Dein
DATED: August 16, 2012        United States Magistrate Judge